[No. 73891-7-I.   Division One.   January 19, 2016.]

BETH EVANS, *Petitioner*, v. SKAGIT COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 14-2-00692-9, Brian L. Stiles, J., entered September 3, 2015. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.

[No. 74160-8-I.   Division One.   January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD PETER STAVRAKIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-00801-7, Scott A. Collier, J., entered July 18, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Lau, JJ.

[No. 74161-6-I.   Division One.   January 19, 2016.]

THE CITY OF PUYALLUP, *Appellant*, v. WILLIAM E. SPENSER, SR., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-01725-5, John R. Hickman, J., entered July 25, 2014. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Trickey, J. Now published at 192 Wn. App. 728.

[No. 74164-1-I.   Division One.   January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RONUALDO PINTINIO CASTILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-00281-9, Gary R. Tabor, J., entered December 18, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Appelwick, JJ.